IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TRAVIS W. GIBSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:16-cv-00261-SNLJ |
| v. | ) |
| | ) |
| STATE OF MISSOURI, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants State of Missouri, Missouri Department of Corrections, Missouri Highway Patrol, Roxanne Cook, and JoAnn Snider, by and through counsel, move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint (Doc. 4) for failure to state a claim upon which relief can be granted. A memorandum in support of this motion is filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request this Court dismiss Plaintiff's Complaint and award them any additional relief deemed just and proper.

Respectfully submitted,

**CHRIS KOSTER**
Missouri Attorney General

*/s/ Colleen Joern Vetter*
COLLEEN JOERN VETTER
Assistant Attorney General
Missouri Bar No. 38353
P.O. Box 861
St. Louis, MO 63101
Telephone: (314) 340-7861
Fax: (314) 340-7029
Colleen.Vetter@ago.mo.gov

*Attorneys for Defendants*
*State of Missouri, Missouri Department*
*of Corrections, Missouri Highway Patrol,*
*Roxanne Cook, and JoAnn Snider*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of Court on November 16, 2016 to be served by operation of the Court's electronic filing system upon all parties.

*/s/ Colleen Joern Vetter*
COLLEEN JOERN VETTER
Assistant Attorney General